IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DS Express Carriers, Inc., | Case No. 3:20 CV 2428 |
| Plaintiff, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| Ansonia Credit Data, Inc., et al., | |
| Defendants. | |

A Mediation Conference held on February 24, 2021 before Magistrate Judge Jonathan Greenberg resulted in a settlement. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

                                                  February 25, 2021